### Jack BOLTON v. STATE.
### No. 16755.

Court of Criminal Appeals of Texas.
May 23, 1934.

S. A. Penix, of Graham, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for driving an automobile on a public highway while intoxicated; punishment, a fine of $100 and ninety days in the county jail.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.

### Ex parte Erwin BOWLES.
### No. 16910.

Court of Criminal Appeals of Texas.
June 6, 1934.

Cunningham & Lipscomb, of Bonham, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The former opinion is withdrawn, and the following filed in lieu thereof:

On the 2d day of April, 1934, a complaint was filed before a justice of the peace of Fannin county charging appellant with selling beer containing not more than 3.2 per cent. of alcohol by weight. After being taken in custody, appellant applied to the Honorable George P. Blackburn, Judge of the Sixth judicial district, for a writ of habeas corpus, which was awarded, and a hearing had thereon. From an order remanding him, appellant has appealed to this court.

The sale of beer containing not more than 3.2 per cent. of alcohol by weight has not been authorized in Fannin county in accordance with the constitutional and statutory provisions. Appellant is charged with an offense denounced by the Penal Code. He does not claim the statute is unconstitutional. He has not been denied bail. The circumstances in the record present no occasion for the application for a writ of habeas corpus. Branch's Annotated Penal Code, § 239.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### Drew CATON v. STATE.
### No. 16895.

Court of Criminal Appeals of Texas.
May 23, 1934.

Foster Davis, of Haskell, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possessing intoxicating liquor for the purpose of sale; punishment assessed being confinement in the penitentiary for one year.

Appellant has filed his affidavit advising this court that he does not desire further to prosecute his appeal, and at his request the same is dismissed.